FILED
NOV - 7 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1 4:19 CR 289 HEA SPM |
| | ) | |
| GARRETT A. JORDAN, III, | ) | |
| MARTEZ STEVENSON, | ) | |
| TREVOR BROTHERS, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 2, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**GARRETT A. JORDAN, III,
MARTEZ STEVENSON,
TREVOR BROTHERS**

the Defendants herein, did knowingly and intentionally possess with intent to distribute Fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT TWO

The Grand Jury further charges that:

On or about April 2, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**GARRETT A. JORDAN, III,
MARTEZ STEVENSON,
TREVOR BROTHERS**

the Defendants herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute Fentanyl, as charged in Count One of the Indictment.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT THREE

The Grand Jury further charges that:

On or about April 2, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**GARRETT A. JORDAN, III,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess one or more of the following firearms to wit: one HS Produkt, XD-40 model, .40 S&W caliber, Semi-automatic pistol and one Armscor, M1911 A1 FS-Tact model, 10mm Auto caliber, Semi-automatic pistol which had traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about April 2, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**MARTEZ STEVENSON,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute Cocaine Base, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FIVE

On or about August 31, 2019, in the County of St. Louis, within the Eastern District of Missouri,

**TREVOR BROTHERS**

the Defendant herein, did knowingly and intentionally possess with intent to distribute Fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT SIX

On or about August 31, 2019, in the County of St. Louis, within the Eastern District of Missouri,

**TREVOR BROTHERS,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute Fentanyl, a Schedule II controlled substance, as alleged in Count Five of this Indictment.

In violation of Title 18, United States Code, Section 924(c).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER J. ROY, #47203MO
Assistant United States Attorney